# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RONALD D. WEAVER, | : | No. 561 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| THE HONORABLE DOUGLAS W. | : | |
| HERMAN, THE HONORABLE CHARLES | : | |
| C. BROWN JR., MICHAEL O. PALERMO, | : | |
| JR., DAVID R. BRESCHI, DANIEL KEEN, | : | |
| JOHN DOE, AND THE FRANKLIN | : | |
| COUNTY JAIL, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.